UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 17-1222
_____

JOSEPH A. BROWN,
Appellant

v.

DR. SAGE, (Psych Dept.);
DR. EIGENBRODE, (Psych Dept.);
DR. SHOUEY, (Psych Dept.)


_____

No. 17-1527
_____

JOSEPH A. BROWN,
Appellant

v.

C.O. KEMMERER;
UNITED STATES; B.R. PEALER;
T. CRAWFORD; C.O. J. YOUNG;
C.O. J. TREIBLY; C.O. J. HARDY;
Lt. R. MILLER; C.O. D. HERR;
C.O. A. CRAVELING; C.O. J. FINCK;
C.O. R. WICKHAM; Lt. J. SHERMAN; Lt. DOUH;
Lt. J. SEEBA; Lt. R. JOHNSONL Lt. P. CARRASQUITTO;
P.A. S. DEES;  P.A. L. POTTER;  P.A. BRENNAMAN;
P.A. H. MIOSI;  J. CARPENTER; J. RUSSO


_____

No. 17-1714
_____

JOSEPH A. BROWN,
Appellant

v.

SARAH DEES, Physician Assistant, USP


On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Nos. 1:16-cv-02477, 1:14-cv-01520, and 1:17-cv-00025)
District Judge:  Hon. Sylvia H. Rambo

_____

ORDER SUR PETITION
FOR REHEARING EN BANC

_____


Present:  SMITH, Chief Judge, McKEE, AMBRO, CHAGARES, JORDAN,
HARDIMAN, GREENAWAY, JR., VANASKIE, SHWARTZ, RESTREPO, BIBAS,
PORTER, and FUENTES,[*] Circuit Judges

A majority of the active judges having voted for rehearing en banc in the above
captioned cases, it is ordered that the petition for rehearing is GRANTED. The Clerk of
this Court shall list the case for rehearing en banc at the convenience of the Court.  The
opinion entered September 7, 2018, and the amended judgment entered September 13,
2018, are hereby vacated.

BY THE COURT,

s/ D. Brooks Smith
Chief Judge

Dated: December 14, 2018
PDB/cc: All Counsel of Record

_____

[*] Judge Fuentes participated in only the vote for panel rehearing, and has elected under I.O.P.
9.4.6 and 28 U.S.C. § 46(c) to participate in the en banc rehearing.